# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                      Case No:   6:22-cv-2429-RBD-RMN

SARIKA INVESTMENTS LLC and
AARYA ONE INC,

    Defendants.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on May 15, 2023 (Doc. 18), indicating that this case has settled.  Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 17, 2023.

ROY B. DALTON JR.
United States District Judge